UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Parks Diversified, LP, | CASE NO.: 8:23-cv-02252-SVW |
| TALON DIVERSIFIED HOLDINGS, INC. et al. | JUDGMENT |
| Plaintiffs | BK Case No. 8:21-bk-11558-TA |
| vs. | Adv. No. 8:23-ap-01030-TA |
| David Klein et al. | |
| Defendants. | |

Judgment is hereby entered in accordance with the Court's order at 8:23-CV-02230-SVW ECF No. 70, dated May 6, 2024.

DATE: __May 24, 2024__

STEPHEN V. WILSON, U.S. DISTRICT JUDGE